■ LOUIS GRASSO et al., Appellants, v ROSS UNIVERSITY OF VETERINARY MEDICINE, Respondent.—In an action to recover damages for breach of contract, the plaintiffs appeal from an order of the Supreme Court, Westchester County (Nastasi, J.), dated November 27, 1990, which granted the respondent's motion to vacate a judgment of the same court entered against it upon its default in appearing at the trial.

Ordered that the order is affirmed, with costs.

The court did not improvidently exercise its discretion in granting the defendant's motion to vacate its default *(see, Eveready Ins. Co. v Devissiere,* 134 AD2d 323; *Stolpiec v Wiener,* 100 AD2d 931). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.

■ KIMBERLY SERVICES, INC., Appellant, v GEORGIA BAKKER, Appellant, and PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.—In an action to recover damages for breach of contract, the plaintiff and the defendant Georgia Bakker separately appeal from an order and judgment (one paper) of the Supreme Court, Westchester County (Ruskin, J.), dated October 25, 1990, which granted the motion of the defendant Prudential Insurance Company of America, for summary judgment dismissing the complaint and the cross claim against it.

Ordered that the order and judgment is affirmed, with one bill of costs.

The appellants have failed to raise a triable issue of fact *(see,* CPLR 3212 [b]). Thompson, J. P., Harwood, Balletta, Rosenblatt and Eiber, JJ., concur.